IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, et al., | ) ) ) |
| *Petitioners*, | ) ) |
| v. | ) Case No. 22-1222 ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) ) ) |
| *Respondents.* | ) ) ) |

**ABEYANCE STATUS REPORT**

In April 2023, this Court granted the parties' Joint Motion for an Abeyance. Order, ECF # 1992847 (Apr. 3, 2023). The Court held the case in abeyance pending completion of proceedings by Respondents (Interior) to develop the next five-year program for oil and gas leasing on the Outer Continental Shelf (the Five-Year Program). And the Court directed Interior to file status reports at 60-day intervals beginning June 2, 2023. Thus, Interior submits this report on its progress developing the Five-Year Program.

1.      Interior continues to take the necessary steps to prepare the next Five-Year Program. In March 2023, the U.S. Energy Information Administration released the Annual Energy Outlook for 2023. Interior is using modeling information from the Energy Outlook for the analyses needed to complete the

fourth of five steps in developing the Five-Year Program (publishing the Proposed Final Program).

2. Interior remains on track to complete and publish the Proposed Final Program in September 2023. And Interior continues to expect that the Secretary of the Interior will approve the next Five-Year Program in December 2023.

Interior will submit another status report in 60 days.

          Respectfully submitted,

          /s/ *Justin D. Heminger*
          TODD KIM
          *Assistant Attorney General*
          KEVIN McARDLE
          JUSTIN D. HEMINGER
          *Attorneys*
          Environment and Natural Resources
           Division
          U.S. Department of Justice
          Post Office Box 7415
          Washington, D.C. 20044
          (202) 514-5442
          justin.heminger@usdoj.gov

          *Counsel for Respondents*

July 31, 2023
DJ 90-13-8-16882

## CERTIFICATE OF COMPLIANCE

1. This document is not a brief or motion and therefore is not subject to the type-volume limits of Federal Rules of Appellate Procedure 27(d)(1)(E)(2) and 32(a)(7)(B). Excluding the cover, signature block, and certificate this document contains 185 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

/s/ *Justin D. Heminger*
JUSTIN D. HEMINGER

*Counsel for Respondents*