# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, et al., | ) ) ) |
| *Petitioners*, | ) CASE NO. 22-1222 ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) ) ) |
| *Respondents*. | ) ) ) ) ) |

## PETITIONERS' NON-BINDING STATEMENT OF ISSUES

Pursuant to this Court's August 26, 2022 Order, Petitioners submit this Non-Binding Statement of Issues:

Whether Respondents' failure to timely prepare and maintain a Five-Year Leasing Program violates the Outer Continental Shelf Lands Act, 43 U.S.C. § 1331 *et seq*., and the Administrative Procedure Act, 5 U.S.C. § 706.

Dated: September 26, 2022          Respectfully submitted,

*/s/ James M. Auslander*
James M. Auslander
Peter J. Schaumberg
BEVERIDGE & DIAMOND, P.C.
1900 N Street, N.W., Suite 100
Washington, DC  20036
(202) 789-6009

1

jauslander@bdlaw.com  
pschaumberg@bdlaw.com  
*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, which will send and serve notifications of the foregoing to all counsel of record.

*/s/ James M. Auslander*
James M. Auslander
