**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| AMERICAN PETROLEUM INSTITUTE, et al., | ) ) ) | |
| *Petitioners*, | ) | CASE NO. 22-1222 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) ) | |
| | ) | |
| *Respondents.* | ) | |
| | ) ) ) ) | |

**STATEMENT OF UNDERLYING DECISION**

Pursuant to the Clerk's August 26, 2022 Order, Petitioners state as follows regarding underlying decisions from which their Petition arises. Respondents failed to timely prepare and maintain a Five-Year Leasing program for leasing federal oil and gas on the Outer Continental Shelf as required by the Outer Continental Shelf Lands Act, 43 U.S.C. § 1344(a). At a minimum, Respondents failed to do so prior to expiration of the 2017-2022 Five-Year Leasing Program on July 1, 2022.

Dated: September 26, 2022          Respectfully submitted,

/s/ James M. Auslander
James M. Auslander
Peter J. Schaumberg
BEVERIDGE & DIAMOND, P.C.
1900 N Street, N.W., Suite 100

Washington, DC  20036
(202) 789-6009
jauslander@bdlaw.com
pschaumberg@bdlaw.com
*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, which will send and serve notifications of the foregoing to all counsel of record.

*/s/ James M. Auslander*
James M. Auslander