

**U.S. Department of Justice**

Environment and Natural Resources Division

DJ # 90-13-8-16882

---

*P.O. Box 7415*
*Washington, DC  20044*

*Telephone: (202) 514-5442*
*justin.heminger@usdoj.gov*

January 20, 2023

**<u>VIA CM/ECF</u>**

Mark J. Langer, Clerk of Court
U.S. Court of Appeals
  for the District of Columbia Circuit
333 Constitution Ave., NW
Washington, DC 20001-2866

      Re:   *American Petroleum Institute v. U.S. Department of Interior*,
              No. 22-1222—Notice of unavailability of counsel

Dear Mr. Langer:

As counsel for Respondents, I write to notify the Court of my unavailability for oral argument from March 27 through April 19, 2023, due to a pre-planned trip.

Respondents respectfully request that oral argument be scheduled for a date other than March 27 to April 19, 2023.

                                  Respectfully submitted,

                                  *s/ Justin D. Heminger*
                                  JUSTIN D. HEMINGER

                                  Counsel for Respondents

cc (via CM/ECF):  All counsel of record

## CERTIFICATE OF COMPLIANCE

I certify:

1.      This document is not subject to the type-volume limitation of the Federal Rules of Appellate Procedure, but it contains 47 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

s/ *Justin D. Heminger*
JUSTIN D. HEMINGER

Counsel for Respondents