# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1222**  **September Term, 2022**

DOI-Five Year Leasing Program

Filed On: April 3, 2023 [1992847]

American Petroleum Institute, et al.,

    Petitioners

    v.

United States Department of the Interior, et al.,

    Respondents

## O R D E R

Upon consideration of the joint motion to hold the case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby removed from the May 12, 2023 oral argument calendar and held in abeyance pending the completion of agency proceedings.

The respondents are directed to file status reports at 60-day intervals beginning June 2, 2023.

The parties are directed to file motions to govern future proceedings in this case within 30-days of the conclusion of agency proceedings.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk